David Watson
10642 W. Southern Ave
Tolleson AZ 85353
(602) 466-4267

THE UNITED STATES DISTRICT COURT
at
FEDERAL COURT
FOR THE DISTRICT OF ARIZONA

FILED ✓
RECEIVED
LODGED
COPY
JUN 19 2017
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

i, a man;
prosecutor David Watson

CV-17-01906-PHX-JJT

Nature of case: Claim

Wrongdoer(s)
Mike Ives; Caryn Wagner;
Jerrod Steele; Brittany Pannaire;
Aimee YoungBlood; David Tilley; Connie Cortes

Claim: trespass;
(verified)

i, require a 'Court of record'; trial by jury

Claim: trespass

i, a man claim:

· the said wrongdoer(s) trespass upon my property

· i require immediate restoration of property

· i require compensation for the initial and continued trespass upon my property; compensation due: Two Million Three Hundred and Twenty Thousand Dollars;

I say here, and will verify in open court that all here in be true;

David J. Watson
June 19, 2017