

· The Watson Court
at
'THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF ARIZONA

(i an man)
Prosecutor : david Watson

wrondoer(s)

FILED ____ LODGED
RECEIVED ____ COPY

JUL 28 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CV-17-01906-PHX-JJT

## Claim Cover Sheet

i wish for david watson claim not to be
trespass upon. i require no assistance from
court personnel on this claim, i wish to proceed
with this claim under common lore. No changes
on names, titles, are to be made. No one, but
the jury is to open and read this claim.
Interpretation of this claim by court
personnel is not required. Copies of Claim will
be sent to wrondoer(s) to notify of claim.

Only assistance required of court
personnel are as follows :
Filing Claim
Having room available for court.

david watson
(i an) man

'The Watson Court

at
THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF ARIZONA
                        CV-17-01906-PHX-JJT
                        Nature of Case; Claim

i ,an man;                    Claim; trespass,; Administration of Property
prosecutor   david watson     without Right;

Wrongdoer(s) mike Ives; Caryn Wagner;   ( Verified )
terrod Skele ; Brittany Pinaire ; Aimee    Amended Claim
Youngblood; David Tilley ; Connie Contes)
Gregory McKay ; Maudi Gomez; Sara
Al- Jabir

i, require  a 'Court of Record' ; trial by Jury'

        Claim ; trespass

    i, an man Claim;
    . the said wrongdoer(s) trespass upon my property(see
    attached Exhibits A, B, C, D);

    . i order the immediate return of property.

    . i require compensation for the ,initial and
    continued trespass upon my property ; compensation
    due i Two million Three Hundred and Twenty Thousand
    Dollars ;

    . if property is return to i by August 2, 2017 i will forgive
    this trespass as i wish others to forgive me of trespasses.
    ; i say here , and will verify in open court that all herein be tru

David Watson
July 28, 2017





Exhibit C



Exhibit D

